[No. 7663–1.  Division One.  December 10, 1979.]

MARGARET COUGHLIN, *Appellant,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 851197, Robert M. Elston, J., entered October 20, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Callow, C.J., and Williams, J.

[No. 3725–2.  Division Two.  December 11, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD KEITH SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C–683, Frank E. Baker, J., entered August 2, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Soule, J.

[No. 3797–2.  Division Two.  December 11, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. LESLEY E. LYNCH, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–214, John W. Schumacher, J., entered September 15, 1978. *Affirmed* by unpublished opinion per Soule, J., concurred in by Reed, A.C.J., and Petrie, J.

[No. 2952–3.  Division Three.  December 11, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS GLENN NORMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 20970, Sidney R. Buckley, J., entered June 16, 1978. *Reversed* by unpublished opinion per Green, C.J., concurred in by McInturff and Roe, JJ.